UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC. and
ROBERT COHEN,

    Plaintiff,

vs.

CASE NO.: 8:05CV-1311-T-27TBM

RODNEY DESSBERG,

    Defendant.
_____/

**DEFENDANT'S FOURTH UNOPPOSED MOTION
TO EXTEND RESPONSIVE PLEADINGS DEADLINE**

Defendant, RODNEY DESSBERG, pursuant to Fed.R.Civ.P. 6(b), moves unopposed for an extension of time to file responsive pleadings. As grounds, Defendant files this motion and supporting memorandum of law and states:

**MEMORANDUM**

1.    Plaintiffs alleged an action under Title III of the Americans with Disabilities Act ("ADA"). Defendant's responsive pleadings are currently due October 31, 2005.

2.    Defendant requests an extension of time to respond to Plaintiffs' Complaint until November 28, 2005. The Parties are discussing a potential early resolution of this case and have made progress toward a final resolution. The requested extension will facilitate the parties' ability to negotiate and wrap-up an early resolution of this case, and will not prejudice either party or unduly delay these proceedings

3.    Pursuant to Local Rule 3.01(g), Plaintiffs' counsel has consented to the requested extension.

4.	The Court has discretion, for cause shown, to enlarge the period within which an act is required to be done. Defendant submits that the above reasons support entry of the attached Order enlarging Defendant's time to file responsive pleadings until November 28, 2005.

WHEREFORE, Defendant respectfully requests that the Court enter the attached Order granting Defendant an extension of time through November 28, 2005, to respond to Plaintiffs' Complaint.

>	FOWLER WHITE BOGGS BANKER P.A.
>	Kevin D. Zwetsch, Esq.
>	Florida Bar No: 0962260
>	P.O. Box 1438
>	Tampa, Florida 33601
>	(813) 228-7411
>	Fax No: (813) 229-8313
>	Attorneys for Defendant Rodney Dessberg
>
>	By:	s/Kevin Douglas Zwetsch, Esq.
>		Kevin D. Zwetsch
>		Florida Bar No: 0962260
>		KZwetsch@fowlerwhite.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Todd W. Shulby, Esq., Todd W. Shulby, P.A., 12555 Orange Drive, Suite 270, Davie, FL 33330.

>	By:	s/Kevin Douglas Zwetsch, Esq.
>		Kevin D. Zwetsch
>		Florida Bar No: 0962260

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ACCESS FOR THE DISABLED, INC. and
ROBERT COHEN,

       Plaintiff,

                                       CASE NO.: 8:05CV-1311-T-27TBM

vs.

RODNEY DESSBERG,

       Defendant.
_____/

**ORDER**

       THIS CAUSE coming to be heard before this Court on Defendant's Fourth Unopposed Motion for Extension of Time to File Responsive Pleadings, it is hereby

       ORDERED AND ADJUDGED that Defendant's Motion is GRANTED.  Defendant has until November 28, 2005, to respond to Plaintiffs' Complaint.

       DONE AND ORDERED in Chambers in Tampa, Hillsborough County, Florida, on this _____ day of _____, 2005.

                                                                 _____
                                                                DISTRICT COURT JUDGE

Conformed Copies To:

Counsel of Record